NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMC CORPORATION, EMC ISRAEL DEVELOPMENT CENTER LTD.,**
*Plaintiffs-Cross-Appellants*

**v.**

**ZERTO INC.,**
*Defendant-Appellant*

---

2016-1856, 2016-1883

---

Appeals from the United States District Court for the District of Delaware in No. 1:12-cv-00956-GMS, Judge Gregory M. Sleet.

---

**JUDGMENT**

---

MICHAEL N. RADER, Wolf, Greenfield & Sacks, PC, Boston, MA, argued for plaintiffs-cross-appellants. Also represented by NATHAN R. SPEED, RICHARD GIUNTA; PAUL T. DACIER, THOMAS A. BROWN, KRISHNENDU GUPTA, EMC Corporation, Hopkington, MA.

MATTHEW B. LOWRIE, Foley & Lardner LLP, Boston, MA, argued for defendant-appellant. Also represented by LUCAS I. SILVA, KEVIN M. LITTMAN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, SCHALL, and WALLACH, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| June 12, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |